# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5134**

**September Term, 2024**

**1:09-cv-01733-TJK**

**Filed On:** February 14, 2025

Vincent Roggio,

      Appellant

      v.

Federal Deposit Insurance Corporation, in its
capacity as Receiver for and on behalf of
Washington Mutual Bank, a failed banking
institution, and in its corporate capacity,

      Appellee


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Henderson, Millett, and Rao, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the briefs filed by the parties. See Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's minute order dated April 10,
2024, be affirmed. Appellant has forfeited any challenge to this order by not addressing
it in his brief. See United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497
(D.C. Cir. 2004). To the extent appellant seeks review of the district court's orders
entered on October 25, 2020, or November 1, 2023, this court lacks jurisdiction
because the notice of appeal is not timely as to those orders. The notice of appeal was
filed more than sixty days after the orders issued and appellant's post-judgment motion
filed on December 29, 2023 did not toll the time to appeal the October 25, 2020 or
November 1, 2023 orders. See Fed. R. App. P. 4(a)(1)(B), (a)(4)(A); see also Bowles v.
Russell, 551 U.S. 205, 214 (2007) ("[T]he timely filing of a notice of appeal in a civil
case is a jurisdictional requirement.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk
is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**